# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 856 |
| | : | |
| APPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| JUDICIAL DISCIPLINE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2020, Magisterial District Judge Daniel Baranoski, Bucks County, is hereby appointed as a member of the Court of Judicial Discipline for a term expiring May 29, 2023.

    Chief Justice Saylor did not participate in this matter.